IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JODIE M. MAXWELL, : | |
| : | Case No. 2:17-cv-835 |
| **Plaintiff,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Jolson |
| COMMISSIONER OF SOCIAL SECURITY,: | |
| : | |
| **Defendant.** : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's May 11, 2018 Report and Recommendation (ECF No. 10), which recommended that Plaintiff's Statement of Errors (ECF No. 8) be overruled and the Commissioner's decision be affirmed.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 10 at 22). The parties have failed to file any objections, and the deadline for objections (May 25, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation (ECF No. 10) based on the independent consideration of the analysis therein. Plaintiff's Statement of Errors (ECF No. 8) is hereby **OVERRULED** and the Commissioner of Social Security's decision is hereby **AFFIRMED**.

**IT IS SO ORDERED.**

                                                              **s/ Algenon L. Marbley**
                                                              **ALGENON L. MARBLEY**
                                                              **UNITED STATES DISTRICT JUDGEDATED:**

**DATED: June 1, 2018**